(INND Rev. 12/23) page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

-FILED-
FEB 13 2024
At _____
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

**Ebony Appleton**
[You are the PLAINTIFF, print your full name on this line.]

v.

**Gary Community Schools**
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number **2:24-cv-53**
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | ERICA ~~Glenn~~ Woods, Gary Community Schools | 9th Gerry Street |
| 2 | Jennifer Rodgers | |
| 3 | Erica Glenn - Misty Brown | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **5**
2. What is your address? **1211 W. 17th Avenue**

3. What is your telephone number: (**219**) **728-7678**

4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

    **DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

    **DO NOT:** Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. The school fired me after I told that Erica Woods hit my son. My Autistic son whom Erica Woods' walked out the class two times before I intervend and told her she could not walk him out again. My son Tyson Poe was visiting the school. He was 3 yrs old at the time. Erica Woods hurt him he was crying histeracally. He had a thumb print on his face And a knot on his head when he returned from Misty Browns classroom. The two teachers cut of the Zoom volume to attak my son. I dont think Misty hurt him too but I dont know. I do know he had a thumb print and knot and I took him to the hospital. At the time I was working there so I did not file police report, but hospital is aware. The doctor told me since my son would not be going back to the school He didn't feel I needed to proceed with

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

charges. The school fired me and rejected my unemployment. My family suffered double.

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

◉ No.

○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

Give me my job back with lost pay, Pain + suffering – mental Anguish. – Pay hospital bill for son and award him pain suffering.

FILING FEE – Are you paying the filing fee?

◉ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.]

◯ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[Initial Each Statement]

E.A.  I will keep a copy of this complaint for my records.
E.A.  I will promptly notify the court of any change of address.
E.A.  I declare **under penalty of perjury** that the statements in this complaint are true.

_E. Appleton_____                        _02-13-24_____
Signature                                             Date

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]