# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

EBONY APPLETON
       Plaintiff

  v.

                                            Civil Action No.  2:24-cv-53

GARY COMMUNITY SCHOOLS;
ERICA WOODS;
JENNIFER RODGERS;
ERICA GLENN;
MISTY BROWN
       Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____ recover from the defendant _____ the amount of_____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).  Case is now closed.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P Simon.

DATE: 4/15/2024                                  CHANDA J. BERTA, CLERK OF COURT

                                                                    by   s/ S. Jarrell_____
                                                                      *Signature of Clerk or Deputy Clerk*